IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GENTLE WINDS EAST CONDOMINIUM OWNERS ASSOCIATION, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIV. ACT. NO. 1:25-cv-198-TFM-MU ) |
| FISHER BROWN BOTTRELL INSURANCE, INC., *et al*., | ) ) ) |
| Defendant. | ) ) |

### ORDER

Pending before the Court is Plaintiff's *Motion to Remand* (Docs. 19, 20, filed 6/5/25). In lieu of filing a response in opposition, both appearing defendants have filed a notice indicating no opposition to remand. *See* Docs. 22, 24. In light of the non-opposition by the Defendants and having reviewed the motion and brief, the Court finds that the request to remand is well taken. As such, the *Motion to Remand* (Doc. 19) is **GRANTED** and this case is remanded to the Circuit Court of Baldwin County, Alabama.

The Clerk of Court is **DIRECTED** to take the steps necessary to effectuate the remand.

**DONE** and **ORDERED** this 30th day of June 2025.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE